ANNA RUKSTELIS, Respondent, v. SARAH EPSTEIN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

VILLAGE OF LARCHMONT, Respondent, v. FRANK D. WHITE and TONY MIELE, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

JOHN WISTER, Respondent, v. CLYDE STEAMSHIP COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs. It is impossible to distinguish this case from *Dair* v. *N. Y. & P. R. Steamship Co.* (204 N. Y. 341) and *Hogan* v. *Smith* (125 id. 774), where it was held that the act of the foreman in placing the planks on which the cargo was moved in the hold of the vessel was a detail of the work left to the men, and that the master was under no obligation to direct their action at all moments. Present — Thomas, Mills, Blackmar, Kelly and Jaycox, JJ.

J. ROMAINE BROWN, Respondent, v. A. E. R. REALTY COMPANY, INC., and Others, Defendants. THOMAS AUSTIN and WILLIAM L. AUSTIN, Copartners, etc., and Others, Appellants. (Appeals Nos. 1 and 2.) — The court having been informed that Mr. Justice Tompkins has decided the motion for a resale of the property, the application for a stay pending his decision is dismissed, without costs. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ADOLPH DOSCHER, Respondent, v. MITCHELL ROSENZWEIG and Another, Appellants, and Another, Defendant.— Motion granted on condition that appellants pay to the respondent ten dollars additional costs within ten days, perfect the appeal, place the case on the January, 1919, calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

LOUISE HARTSTEIN and CONRAD HARTSTEIN, Respondents, v. EDWARD MACDONALD, Appellant, Impleaded with Others.— Motion granted, without costs, to the extent of the twenty-five dollars paid to the receiver's attorney under the order of the County Court, made upon notice; otherwise, denied, without prejudice to the right of the receiver to apply to the court to be reimbursed out of the proceeds of any mortgage sale for the moneys which he has paid out for taxes. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of LEMUEL M. HART, Deceased.— Motion denied. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

In the Matter of the Last Will and Testament of LEMUEL M. HART, Deceased.— Motion denied. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.